IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-21-05050-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 9408333 |
| vs. | Location Code: M23F |
| MARLIN COOPER, JR., | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 9408333 (for a total of $180), and for good cause shown, IT IS ORDERED that the $180 fine paid by the defendant is accepted as a full adjudication of violation 9408333.  T IS FURTHER ORDERED that the initial appearance scheduled for March 4, 2020, is VACATED.

DATED this 19th day of February, 2021.

_____
John Johnston
United States Magistrate Judge